```
1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    JEFFREY L. STANIELS, Bar #91413
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5
     Attorney for Defendant
6    KESHON MURRY

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
     UNITED STATES OF AMERICA,     ) No. 2:11-CR-103 MCE
13                                 )
                  Plaintiff,       )
14                                 ) STIPULATION AND ORDER CONTINUING
          v.                       ) CASE
15                                 )
     KESHON MURRY,                 )
16                                 ) Date:  January 5, 2012
                  Defendant.       ) Time:  9:00 a.m.
17                                 ) Judge: Morrison C. England, Jr.
     _____ )
18

19
          **IT IS HEREBY STIPULATED** by and between Assistant United States
20
     Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal
21
     Defender Jeffrey L. Staniels, counsel for defendant, KESHON MURRY, that
22
     the status conference now set for January 5, 2012 be vacated and the
23
     matter continued to February 23, 2012, to allow additional time for the
24
     preparation and review of a presentence report.
25
          The court is advised that delay in meeting the schedule set by the
26
     court, CR 31, has been due to a spate of retirements in the Probation
27
     Office and, more recently, to schedule conflicts in arranging for an
28
```

interview of the defendant (which now has occurred).  In light of the heavy current caseload of the Probation Officer, he has promised the draft report "as soon as he can."  Counsel for Mr. Murry believes that report may not produce significant objections and therefore proposes to respond to the probation officer informally one week after receipt of the report, and to file any objections together with a stipulated adjustment of the sentencing date, if necessary, one week after receipt of the final report.

**IT IS FURTHER STIPULATED** that the time under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is not implicated by this post entry of guilty plea continuance.

**IT IS SO STIPULATED.**

Dated: December 29, 2011  /S/ Jill Thomas
JILL THOMAS
Assistant United States Attorney
Counsel for Plaintiff

Dated: December 29, 2011  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
KESHON MURRY

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order   -2-