DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KESHON MURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-103-MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER MODIFYING |
| v. | ) ) | TERMS OF PLEA AGREEMENT (CR 33) |
| KESHON MURRY, | ) ) | Date: February 23, 2012 |
| Defendant. | ) ) | Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |
| _____ | ) | |

**WHEREAS** the parties previously negotiated a plea agreement pursuant to F.R.Crim.P. 11(c)(1)(C) which has been tentatively accepted by the court subject to its review of the Presentence Report, and which agreement contained as an essential term that the parties stipulated that the appropriate sentence was a sentence within the range of 42-52 months, and

///

///

///

///

///

**WHEREAS**, contrary to the parties' belief at the time of entering the plea agreement, the offense which the parties construed to be a "controlled substance offense" within the meaning of U.S.S.G. §4B1.2(b) and incorporated into U.S.S.G. § 2K2.1(a)(4)(B) does not qualify under that definition because the conviction was for simple possession of a controlled substance and not for a trafficking offense, and

**WHEREAS** the parties accede to the finding of the Probation Officer that the offense does not increase the offense level and that the proper offense level is 14 rather than 20 as mistakenly contemplated by the parties, and

**WHEREAS** the parties accede to the probation officer's finding that the proper criminal history level is level V, rather than level IV as contemplated by the parties, and

**WHEREAS** the parties further accept that the appropriate guideline range in light of the just mentioned findings is 27-33 months, and

**WHEREAS** counsel have conferred about the unanticipated discrepancy between the sentencing range of 27-33 months found to apply by the Probation Officer and the sentencing range of 42-52 months contemplated by the plea agreement. CR 33 at 2 (¶ 1.B) & 8 (¶ VI.C), and

**WHEREAS** as a result of conferring and pursuant to paragraph VIII of the plea agreement the parties have agreed to conform the plea agreement to the findings of the Probation Officer,

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the contents of paragraph VI.C of the plea agreement be stricken and replaced with the following language, to wit:

> "**C. Specific Sentence Agreement**: The parties agree pursuant to Rule 11(c)(1)(C) that an appropriate sentence is 33 months"
> **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: February 17, 2012 | | /S/ *Jill Thomas* |
| | | JILL THOMAS |
| | | Assistant United States Attorney |
| | | Counsel for Plaintiff |

Dated: February 17, 2012    DANIEL J. BRODERICK
                            Federal Defender


                                                /S/ *Jeffrey L. Staniels*
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            KESHON MURRY

Dated: February 17, 2012    /S/ *Keshon Murry**
                            KESHON MURRY
                            Defendant

*Original signed version retained in counsel's file.

**O R D E R**

The above stipulation of the parties modifying certain terms of the plea agreement ECF No. 33 previously filed in this case is hereby accepted for filing. The clerk of this court is directed to attach the document titled "Addendum to Plea Agreement" appended to this stipulation and order to the said Plea Agreement, ECF No. 33.

**IT IS SO ORDERED.**

Dated: February 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Modification of Plea Agreement    -3-

```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KESHON MURRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-103-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) ADDENDUM TO PLEA AGREEMENT (CR 33) |
| KESHON MURRY, | ) |
| Defendant. | ) Date: February 23, 2012 |
|  | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England |

The Plea Agreement previously filed in this matter CR 33, is hereby modified by striking the current version of paragraph VI.C and replacing it with the following language, to wit:

**C. Specific Sentence Agreement:** The parties agree pursuant to Rule 11(c)(1)(C) that an appropriateسentence is 33 months"

Respectfully submitted

Dated: February 17, 2012          /S/ *Jill Thomas*
                                  JILL THOMAS
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Modification of Plea Agreement    -1-

Dated: February 17, 2012                 DANIEL J. BRODERICK
                                         Federal Defender


                                          /S/ *Jeffrey L. Staniels*
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         KESHON MURRY

Dated: February 17, 2012                  /S/ *Keshon Murry**
                                         KESHON MURRY
                                         Defendant

*Original signed version retained in counsel's file.

Modification of Plea Agreement    -2-